UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BYRON CELESTINE**                                          **CIVIL ACTION**

versus                                                                  **NO. 04-1821**

**STATE OF LOUISIANA**                                   **SECTION: "N" (6)**

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by plaintiff on April 23, 2008, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the petition of Byron Celestine for issuance of a writ of *habeas corpus* under Title 28, United States Code, Section 2254, be DENIED WITH PREJUDICE AS UNTIMELY.

New Orleans, Louisiana, this 2nd day of May, 2008.

UNITED STATES DISTRICT JUDGE