UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BYRON CELESTINE | * | CIVIL ACTION |
| VERSUS | * | NO. 04-1821 |
| LYNN COOPER, WARDEN | * | SECTION: "N"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the date of June 4th, 2008, the date recommended by the Magistrate Judge as the date when petitioner's notice of appeal was placed in the prison mailing system for mailing to the court, is hereby accepted as correct by this court, thus making the notice of appeal filed by petitioner in this matter untimely. The Clerk of Court shall return this case to the United States Fifth Circuit Court of Appeals for further proceedings.

New Orleans, Louisiana, this 21st day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE